UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

XIANLIN CAO,

Defendant.

23 Cr. 322 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

The Court will hold an initial conference in this matter on **March 25, 2026** at **3:00 p.m.** in Courtroom 12B, 500 Pearl Street, New York, NY 10007.  At the conference, the Government shall recite the procedural history of the case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials.  Counsel for the parties shall consult in advance to agree, if possible, on a month for trial, as well as a schedule for motions and the exchange of expert statements.

SO ORDERED.

Dated: March 23, 2026
       New York, New York

JENNIFER H. REARDEN
United States District Judge